IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEBRA BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-0754 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| FAST DEBT SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

None of the parties appeared for the initial case management conference. The initial case management conference is reset for **Friday, November 20, 2009 at 2:00 p.m.** Failure to appear will result in dismissal of this action or other sanctions.

It is so **ORDERED**.

ENTERED this the 22nd day of October, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge