**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | |
|---|---|
| DEBRA BOYD, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) DOCKET NO: 3:09-cv-754 |
| | ) |
| FAST DEBT SOLUTIONS, INC., | ) JUDGE HAYNES |
| | ) |
| **Defendant.** | ) |

*ORDER*
*This motion*
*is GRANTED.*
*The Order of*
*dismissal*
*is set aside.*
*This action*
*is reopened.*
*[signature]*
*12-21-09*

## MOTION FOR RECONSIDERATION

NOW Comes the Plaintiff by and through counsel, Jason Barnette, Esq., and represents to this Honorable Court as follows:

### Procedural Background

Plaintiff commenced this action against the above-named Defendant on August 17, 2009 citing to claims for violations of the *Credit Repair Organizations Act*; *Tennessee Consumer Protection Act*; breach of contract, various tort claims as well as punitive damages.

On the date of filing, an Initial Case Management Conference was scheduled for October 16, 2009. As Defendant had not been served as of this date, Counsel faxed a request to Chambers requesting the Conference be reset pursuant to Chamber rules. A second Case Management Conference was set for November 20, 2009. As service had not been executed on Defendant, Counsel for Plaintiff again requested a Continuance per the aforesaid Chamber rules. On November 23, 2009, Counsel received electronic

1