IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEBRA BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-0754 |
| | ) | JUDGE HAYNES |
| FAST DEBT SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon notice of voluntary dismissal (Docket Entry No. 17) and pursuant to Fed. R. Civ. P. 41(a)(1)(I) this action is **DISMISSED with prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 19th day of February, 2010

WILLIAM J. HAYNES, JR.
United States District Judge